IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL T. KNIGHT,
    Petitioner,

vs.                                      Case No.: 1:17cv306/MW/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

    Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1).  Respondent filed a motion to dismiss for lack of jurisdiction, on the ground that the habeas petition is an unauthorized second or successive petition (ECF No. 12).  The court directed Petitioner to file a response to the motion to dismiss (*see* ECF No. 13).  Petitioner has now filed a "Motion for Dismissal," requesting that the court dismiss his habeas petition, on the ground that he was not aware he needed permission from the Eleventh Circuit Court of Appeals to file a second § 2254 petition (ECF No. 14).

    Upon review of the parties' pleadings and the attachments to Respondent's motion to dismiss, the undersigned concludes that Petitioner's motion to voluntarily

dismiss should be granted, and the habeas petition dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly, it is respectfully **RECOMMENDED**:

That Petitioner's Motion for Dismissal (ECF No. 14) be **GRANTED**, and this action dismissed without prejudice.

At Pensacola, Florida, this 30th day of April 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**