# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**MICHAEL T. KNIGHT,**

    **Petitioner,**

v.                                Case No. 1:17cv306-MW/EMT

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion for dismissal, ECF No. 14, is **GRANTED**. This case is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on May 29, 2018.**

                                                         **s/ MARK E. WALKER**
                                                         **United States District Judge**